# DeSIMONE LAW OFFICE

**Attorneys at Law**

4635 SOUTHWEST FREEWY., SUITE 850

HOUSTON, TEXAS 77027

| | |
|---|---|
| **DONALD G. DeSIMONE**  Ddesimone@desimonelawoffice.com  **RONALD J. DeSIMONE**  rdesimone@desimonelawoffice.com | Tel.:  (713) 526-0900  Fax:  (713) 526-8041 |

Friday, April 07, 2023

**Bush & Ramires, PLLC**
John A. Ramirez
Amy E. Parette
5615 Kirby Drive, Suite 900
Houston, Texas 77005
(713) 626-1555 Telephone
(713) 622-8077 Telecopier
jramirez.atty@bushramirez.com

Re:   *Civil Action No. 4:23-cv-00134; Latoshia Williams vs. Wal-Mart Stores Texas, LLC; In the United States District Court Southern District of Texas Houston Division*

Dear Counsels:

This correspondence shall serve as a Rule 11 Agreement. Will you agree to allow Plaintiff, *Latoshia Williams* more time to respond to your discovery requests? Plaintiff's responses to all discovery requests and objections would then be due on or before **April 21, 2023.**

If you will allocate Plaintiff more time, please indicate by placing your signature in the space provided and fax back to me so that I can file with the court.

If you have any questions regarding this matter, please call our office.

Sincerely,

*/s/ Donald G. DeSimone*

Donald G. DeSimone

**APPROVED:**

/s/John A. Ramirez

_____

**John A. Ramirez**
**Attorney for Defendant**