UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LATOSHIA WILLIAMS | § § | |
| VS. | § § | CIVIL ACTION NO. 4:23-cv-00134 |
| WAL-MART STORES TEXAS, LLC | § § | |

## NOTICE OF SETTLEMENT

COMES NOW, Plaintiff LATOSHIA WILLIAMS, and Defendant, WAL-MART STORES TEXAS, LLC (collectively the "Parties"), and jointly file this Notice of Settlement and in support show the Court as follows:

### I.

The Parties hereby submit this Notice of Settlement to notify the Court that the lawsuit has been settled, and to request that the Court enter a 30 or 60-day conditional order staying all deadlines and permitting the Parties to exchange and execute final settlement documents. The lawsuit does not involve a minor and will not require the appointment of a guardian ad litem. This settlement disposes of any and all claims, and all parties.

### II.

The settlement by the Parties was accomplished by way of direct negotiation. The settlement includes all Parties and claims, whether known or unknown, for injuries arising out of the incident at issue in this case. Upon execution of all settlement documents, the case is to be dismissed with prejudice. All costs will be paid by Parties incurring same.

### III.

WHEREFORE, the parties pray that this Court enter a 30 or 60-day conditional order staying case deadlines, in anticipation of final settlement being completed.

Respectfully submitted,

DESIMONE LAW OFFICE

/s/ *[signature]*

Donald DeSimone
State Bar No. 05776710
Federal ID No. 11770
4635 Southwest Freeway, Suite 850
Houston, TX 77027
Telephone: (713) 526-0900
Facsimile: (713) 526-8041
ddesimone@desimonelawoffice.com

ATTORNEY FOR PLAINTIFF,
LATOSHIA WILLIAMS


BUSH & RAMIREZ, PLLC

*/s/ Amy E. Parette*
John A. Ramirez
State Bar No. 00798450
Federal ID No. 21280
Bryce Buchmann
State Bar No. 24100443
Federal ID No. 378
5615 Kirby, Suite 900
Houston, Texas 77005
Telephone: (713) 626-1555
Facsimile: (713) 622-8077
jramirez.atty@bushramirez.com
bbuchmann.atty@bushramirez.com

ATTORNEYS FOR DEFENDANT
WAL-MART STORES TEXAS, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of November 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. True and correct copies of this document and all attachments have been served to counsel of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE.

/s/ *[signature]*
Donald DeSimone